**Fill in this information to identify your case:**

Debtor 1: **Renee Michelle Wade**
First Name    Middle Name    Last Name

Debtor 2:
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number (if known): **25-32787-H5-7**

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☑ No. Go to Part 2.
☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **Barclays Bank Delaware**   Last 4 digits of account number  **7 5 9 6**   **$1,097.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**   When was the debt incurred?  **5/1/2020**
**PO Box 8801**
Number      Street      **As of the date you file, the claim is:** Check all that apply.
**Wilmington, DE 19899-8801**
City    State    ZIP Code
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Renee        Michelle        Wade**                           Case number *(if known)* **25-32787-H5-7**
         First Name    Middle Name     Last Name

**Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          Total claim

**4.2**  **Card Assets Llc**                                    Last 4 digits of account number    **7  6  5  7**             **$7,083.00**
Nonpriority Creditor's Name
**600 W Main**                                                  When was the debt incurred?       **7/12/2006**
Number        Street

**Jacksonville, AR 72076**                                      As of the date you file, the claim is: Check all that apply.
City          State          ZIP Code
                                                                ❏ Contingent
                                                                ❏ Unliquidated
                                                                ❏ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                                 **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only                                                 ❏ Student loans
❏ Debtor 1 and Debtor 2 only                                    ❏ Obligations arising out of a separation agreement or divorce that you did not report as
❏ At least one of the debtors and another                          priority claims
❏ **Check if this claim is for a community debt**               ❏ Debts to pension or profit-sharing plans, and other similar debts
                                                                ☑ Other. Specify   **CreditCard**
**Is the claim subject to offset?**
☑ No
❏ Yes

**4.3**  **Costco Citi Card**                                   Last 4 digits of account number    **0  4  5  0**             **$616.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                            When was the debt incurred?       **3/1/2015**

**PO Box 6500**
Number        Street                                            As of the date you file, the claim is: Check all that apply.
**Sioux Falls, SD 57117**                                       ❏ Contingent
City          State          ZIP Code                           ❏ Unliquidated
                                                                ❏ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                                 **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only                                                 ❏ Student loans
❏ Debtor 1 and Debtor 2 only                                    ❏ Obligations arising out of a separation agreement or divorce that you did not report as
❏ At least one of the debtors and another                          priority claims
❏ **Check if this claim is for a community debt**               ❏ Debts to pension or profit-sharing plans, and other similar debts
                                                                ☑ Other. Specify   **CreditCard**
**Is the claim subject to offset?**
☑ No
❏ Yes

Debtor 1  **Renee        Michelle        Wade**                         Case number *(if known)* 25-32787-H5-7
         First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**    Total claim

---

**4.4**  **Discover Financial**
Nonpriority Creditor's Name

**Bankruptcy**

**Po Box 3025**
Number        Street

**New Albany, OH 43054-3025**
City              State        ZIP Code

Last 4 digits of account number  **5  0  5  3**                        **$4,485.00**

When was the debt incurred?  **11/1/2007**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.5**  **DSRM Nat Bank/Valero**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 696000**
Number        Street

**San Antonio, TX 78269-6000**
City              State        ZIP Code

Last 4 digits of account number  **0  0  0  0**                        **$432.00**

When was the debt incurred?  **8/1/1996**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **ChargeAccount**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | Renee | Michelle | Wade | Case number *(if known)* 25-32787-H5-7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**4.6**

**Elan Fin Svcs/fidelity**
Nonpriority Creditor's Name

**Cb Disputes**
Number    Street

**Saint Louis, MO 63166**
City        State        ZIP Code

**Last 4 digits of account number** 2 2 2 7
**When was the debt incurred?** 4/1/2019

**Total claim** $5,459.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.7**

**Megan Rapp, Seiler Rapp & Guerra, LLC**
Nonpriority Creditor's Name

**2700 Research Forest Dr**
Number    Street

**Spring, TX 77381-4252**
City        State        ZIP Code

**Last 4 digits of account number** 3 4 7 2
**When was the debt incurred?**

**Total claim** $17,682.72

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collecting For Gulf Coast Pros, LLC**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Renee** / First Name   **Michelle** / Middle Name   **Wade** / Last Name    Case number *(if known)* **25-32787-H5-7**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.8**

**Midland Credit Mgmt**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 939069**
Number       Street
**San Diego, CA 92193**
City       State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3  9  6  6**
**When was the debt incurred?**   **12/1/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **FactoringCompanyAccount**

$6,603.00

**4.9**

**Midland Credit Mgmt/Walmart**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 939069**
Number       Street
**San Diego, CA 92193**
City       State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

$8,580.00

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page **5** of **18**

Debtor 1  **Renee   Michelle   Wade**   Case number *(if known)* 25-32787-H5-7
  First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** | Total claim

### 4.10

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9635**
 Number  Street
**Wilkes Barre, PA 18773-9635**
 City  State  ZIP Code

Last 4 digits of account number  **0  1  1  7**

When was the debt incurred?  **1/1/2017**

$4,656.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.11

**Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9635**
 Number  Street
**Wilkes Barre, PA 18773-9635**
 City  State  ZIP Code

Last 4 digits of account number  **1  2  1  1**

When was the debt incurred?  **12/1/2014**

$3,869.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Renee          Michelle          Wade**                         Case number *(if known)* **25-32787-H5-7**
           First Name      Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

**4.12**  **Navient**                                             Last 4 digits of account number  **0  1  1  7**           **$3,691.00**
Nonpriority Creditor's Name                                      When was the debt incurred?   **1/1/2017**
**Attn: Bankruptcy**

**PO Box 9635**
Number        Street                                             As of the date you file, the claim is: Check all that apply.
**Wilkes Barre, PA 18773-9635**
City           State          ZIP Code                           ❑ Contingent
                                                                 ❑ Unliquidated
                                                                 ❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only                                                  **Type of NONPRIORITY unsecured claim:**
❑ Debtor 2 only                                                  ☑ Student loans
❑ Debtor 1 and Debtor 2 only                                     ❑ Obligations arising out of a separation agreement or divorce that you did not report as
❑ At least one of the debtors and another                             priority claims
❑ **Check if this claim is for a community debt**                ❑ Debts to pension or profit-sharing plans, and other similar debts
                                                                 ❑ Other. Specify _____
**Is the claim subject to offset?**
☑ No
❑ Yes

**4.13**  **Navient**                                             Last 4 digits of account number  **1  2  1  1**           **$3,676.00**
Nonpriority Creditor's Name                                      When was the debt incurred?   **12/1/2014**
**Attn: Bankruptcy**

**PO Box 9635**
Number        Street                                             As of the date you file, the claim is: Check all that apply.
**Wilkes Barre, PA 18773-9635**
City           State          ZIP Code                           ❑ Contingent
                                                                 ❑ Unliquidated
                                                                 ❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only                                                  **Type of NONPRIORITY unsecured claim:**
❑ Debtor 2 only                                                  ☑ Student loans
❑ Debtor 1 and Debtor 2 only                                     ❑ Obligations arising out of a separation agreement or divorce that you did not report as
❑ At least one of the debtors and another                             priority claims
❑ **Check if this claim is for a community debt**                ❑ Debts to pension or profit-sharing plans, and other similar debts
                                                                 ❑ Other. Specify _____
**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor 1  **Renee         Michelle        Wade**                     Case number *(if known)* 25-32787-H5-7
         First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                                      Total claim

---

**4.14** **Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9635**
Number         Street
**Wilkes Barre, PA 18773-9635**
City            State        ZIP Code

Last 4 digits of account number   **0  5  0  2**                                                $2,983.00
When was the debt incurred?   **5/1/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.15** **Navient**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9635**
Number         Street
**Wilkes Barre, PA 18773-9635**
City            State        ZIP Code

Last 4 digits of account number   **0  6  0  9**                                                $2,604.00
When was the debt incurred?   **6/1/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Renee         Michelle         Wade**         Case number *(if known)* **25-32787-H5-7**
         First Name     Middle Name     Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                                                                     Total claim

**4.16**  **Navient**                                    Last 4 digits of account number   **1   2   1   7**         **$2,502.00**
         Nonpriority Creditor's Name
         **Attn: Bankruptcy**                           When was the debt incurred?   **12/1/2017**

         **PO Box 9635**
         Number         Street                          **As of the date you file, the claim is:** Check all that apply.
         **Wilkes Barre, PA 18773-9635**                ❏ Contingent
         City           State        ZIP Code           ❏ Unliquidated
                                                        ❏ Disputed
         **Who incurred the debt?** Check one.
         ☑ Debtor 1 only                                 **Type of NONPRIORITY unsecured claim:**
         ❏ Debtor 2 only                                 ☑ Student loans
         ❏ Debtor 1 and Debtor 2 only                   ❏ Obligations arising out of a separation agreement or divorce that you did not report as
         ❏ At least one of the debtors and another         priority claims
         ❏ **Check if this claim is for a community debt**  ❏ Debts to pension or profit-sharing plans, and other similar debts
                                                        ❏ Other. Specify _____
         **Is the claim subject to offset?**
         ☑ No
         ❏ Yes

**4.17**  **Navient**                                    Last 4 digits of account number   **1   2   1   0**         **$2,500.00**
         Nonpriority Creditor's Name
         **Attn: Bankruptcy**                           When was the debt incurred?   **12/1/2015**

         **PO Box 9635**
         Number         Street                          **As of the date you file, the claim is:** Check all that apply.
         **Wilkes Barre, PA 18773-9635**                ❏ Contingent
         City           State        ZIP Code           ❏ Unliquidated
                                                        ❏ Disputed
         **Who incurred the debt?** Check one.
         ☑ Debtor 1 only                                 **Type of NONPRIORITY unsecured claim:**
         ❏ Debtor 2 only                                 ☑ Student loans
         ❏ Debtor 1 and Debtor 2 only                   ❏ Obligations arising out of a separation agreement or divorce that you did not report as
         ❏ At least one of the debtors and another         priority claims
         ❏ **Check if this claim is for a community debt**  ❏ Debts to pension or profit-sharing plans, and other similar debts
                                                        ❏ Other. Specify _____
         **Is the claim subject to offset?**
         ☑ No
         ❏ Yes

Debtor 1  **Renee    Michelle    Wade**          Case number *(if known)* 25-32787-H5-7
          First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.18**  **Navient**                                      Last 4 digits of account number  **1  2  1  7**      **$1,844.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                       When was the debt incurred?  **12/1/2017**

**PO Box 9635**
Number       Street                                        **As of the date you file, the claim is:** Check all that apply.
**Wilkes Barre, PA 18773-9635**                            ☐ Contingent
City          State        ZIP Code                        ☐ Unliquidated
                                                           ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                            **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                            ☑ Student loans
☐ Debtor 1 and Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**          ☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.19**  **Navient**                                      Last 4 digits of account number  **0  6  0  9**      **$1,822.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                       When was the debt incurred?  **6/1/2016**

**PO Box 9635**
Number       Street                                        **As of the date you file, the claim is:** Check all that apply.
**Wilkes Barre, PA 18773-9635**                            ☐ Contingent
City          State        ZIP Code                        ☐ Unliquidated
                                                           ☐ Disputed
**Who incurred the debt?** Check one.
☑ Debtor 1 only                                            **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only                                            ☑ Student loans
☐ Debtor 1 and Debtor 2 only                               ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ At least one of the debtors and another                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**          ☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page **10** of **18**

Debtor 1  **Renee      Michelle      Wade**         Case number *(if known)* 25-32787-H5-7
_____First Name___Middle Name___Last Name_____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   Total claim

**4.20**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9635**
Number          Street

**Wilkes Barre, PA 18773-9635**
City             State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1  2  1  0**         $1,780.00

**When was the debt incurred?**   **12/1/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.21**

**Navient**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9635**
Number          Street

**Wilkes Barre, PA 18773-9635**
City             State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **0  5  0  2**         $1,472.00

**When was the debt incurred?**   **5/1/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Debtor 1  **Renee** **Michelle** **Wade**   Case number *(if known)* **25-32787-H5-7**
First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   Total claim

### 4.22 Navient
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 9635**
Number  Street

**Wilkes Barre, PA 18773-9635**
City  State  ZIP Code

Last 4 digits of account number  **0 6 1 2**   $831.00

When was the debt incurred?  **6/1/2014**

As of the date you file, the claim is: Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ❏ Other. Specify

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

### 4.23 PNC Financial
Nonpriority Creditor's Name

**Bankruptcy**

**300 5th Ave**
Number  Street

**Pittsburgh, PA 15222-2401**
City  State  ZIP Code

Last 4 digits of account number  **3 5 9 9**   $7,619.00

When was the debt incurred?  **2/1/2011**

As of the date you file, the claim is: Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

Debtor 1  **Renee        Michelle        Wade**                 Case number *(if known)* **25-32787-H5-7**
             First Name    Middle Name    Last Name

### Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                        **Total claim**

**4.24**

| | |
|---|---|
| **Quest Diagnostics** | Last 4 digits of account number **8 0 8 2**      $169.43 |
| Nonpriority Creditor's Name | |
| **Po Box 825** | When was the debt incurred? _____ |
| Number    Street | |
| | As of the date you file, the claim is: Check all that apply. |
| **South Windsor, CT 06074-0825** | ❏ Contingent |
| City    State    ZIP Code | ❏ Unliquidated |
| | ❏ Disputed |
| **Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ❏ Student loans |
| ❏ Debtor 2 only | ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ❏ Debtor 1 and Debtor 2 only | |
| ❏ At least one of the debtors and another | ❏ Debts to pension or profit-sharing plans, and other similar debts |
| ❏ **Check if this claim is for a community debt** | ☑ Other. Specify **Medical Bill** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ❏ Yes | |

**4.25**

| | |
|---|---|
| **Syncb/Care Credit** | Last 4 digits of account number **6 2 7 2**      $150.00 |
| Nonpriority Creditor's Name | |
| **Attn: Bankrutpcy** | When was the debt incurred?  **8/1/2011** |
| **PO Box 965060** | |
| Number    Street | As of the date you file, the claim is: Check all that apply. |
| **Orlando, FL 32896** | ❏ Contingent |
| City    State    ZIP Code | ❏ Unliquidated |
| | ❏ Disputed |
| **Who incurred the debt?** Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ❏ Student loans |
| ❏ Debtor 2 only | ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ❏ Debtor 1 and Debtor 2 only | |
| ❏ At least one of the debtors and another | ❏ Debts to pension or profit-sharing plans, and other similar debts |
| ❏ **Check if this claim is for a community debt** | ☑ Other. Specify **ChargeAccount** |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ❏ Yes | |

Debtor 1  **Renee        Michelle        Wade**                        Case number *(if known)* **25-32787-H5-7**
         First Name    Middle Name    Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                                     Total claim

**4.26**  **Synchrony Bank/Care Credit**                    Last 4 digits of account number   **8  4  3  8**              **$8,982.00**
         Nonpriority Creditor's Name
         **Attn: Bankruptcy**                               When was the debt incurred?   **1/1/2009**

         **PO Box 965060**
         Number       Street                                **As of the date you file, the claim is:** Check all that apply.
         **Orlando, FL 32896**                              ☐ Contingent
         City         State        ZIP Code                 ☐ Unliquidated
                                                            ☐ Disputed
         **Who incurred the debt?** Check one.
         ☑ Debtor 1 only                                    **Type of NONPRIORITY unsecured claim:**
         ☐ Debtor 2 only                                    ☐ Student loans
         ☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as
         ☐ At least one of the debtors and another              priority claims
         ☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            ☑ Other. Specify   **ChargeAccount**
         **Is the claim subject to offset?**
         ☑ No
         ☐ Yes

**4.27**  **Synchrony Bank/Lowes**                          Last 4 digits of account number   **0  8  0  2**              **$4,062.00**
         Nonpriority Creditor's Name
         **Attn: Bankruptcy**                               When was the debt incurred?   **1/1/2023**

         **PO Box 965060**
         Number       Street                                **As of the date you file, the claim is:** Check all that apply.
         **Orlando, FL 32896**                              ☐ Contingent
         City         State        ZIP Code                 ☐ Unliquidated
                                                            ☐ Disputed
         **Who incurred the debt?** Check one.
         ☑ Debtor 1 only                                    **Type of NONPRIORITY unsecured claim:**
         ☐ Debtor 2 only                                    ☐ Student loans
         ☐ Debtor 1 and Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce that you did not report as
         ☐ At least one of the debtors and another              priority claims
         ☐ **Check if this claim is for a community debt**  ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                            ☑ Other. Specify   **ChargeAccount**
         **Is the claim subject to offset?**
         ☑ No
         ☐ Yes

Debtor 1  **Renee     Michelle     Wade**     Case number *(if known)* 25-32787-H5-7
          First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

**4.28**  **Synchrony Bank/Sams Club**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 965060**
Number        Street
**Orlando, FL 32896**
City          State        ZIP Code

Last 4 digits of account number   **8  8  4  5**     **$1,092.00**
When was the debt incurred?   **12/1/2010**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.29**  **Synchrony/PayPal Credit**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 965064**
Number        Street
**Orlando, FL 32896-5064**
City          State        ZIP Code

Last 4 digits of account number   **9  1  7  0**     **$1,789.00**
When was the debt incurred?   **7/1/2009**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Renee  Michelle  Wade**  Case number *(if known)* **25-32787-H5-7**
         First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

### 4.30 Urgent Care for Kids
Nonpriority Creditor's Name

**1701 River Run Ste 302**
Number      Street

**Fort Worth, TX 76107-6547**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** N 0 0 1

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical Bill**

**$25.00**

### 4.31 USAA Federal Savings Bank
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**9800 Fredericksburg Rd**
Number      Street

**San Antonio, TX 78288**
City       State       ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 6 0 9

**When was the debt incurred?** **5/1/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**$4,143.00**

Debtor 1 **Renee    Michelle    Wade**          Case number *(if known)* 25-32787-H5-7
　　　　　First Name　Middle Name　Last Name

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| 1. | **Rausch Sturm LLP** | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|
| | Name | Line **4.4** of *(Check one):* |
| | **15660 Dallas Pkwy Ste 350** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | Number　Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | **Dallas, TX 75248-3344** | Last 4 digits of account number ___ ___ ___ ___ |
| | City　State　ZIP Code | |

Official Form 106E/F　　Schedule E/F: Creditors Who Have Unsecured Claims　　page **17** of **18**

Debtor 1  **Renee        Michelle        Wade**          Case number *(if known)* 25-32787-H5-7
         First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $34,230.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $80,069.15 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $114,299.15 |

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 18 of 18

Fill in this information to identify your case:

Debtor 1: **Renee Michelle Wade**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): **25-32787-H5-7**

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Renee Michelle Wade**
Renee Michelle Wade, Debtor 1

Date **07/09/2025**
    MM / DD / YYYY

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**